RIGG *v.* THOMPSON, JUDGE, RIPLEY CIRCUIT COURT.
[No. 0-336. Dismissed May 18, 1953.]

PER CURIAM—This matter purports to be a petition for writ of mandate. Rule 2-35 of this court, 1949 Revision, provides that petitions for writs of mandate shall be verified and filed in triplicate and if the relief sought relates to a proceeding in an inferior court, as does the petition herein, certified copies of all pleadings, orders and entries pertaining to the subject matter must be set

out in the petition, or submitted as exhibits thereto. Petitioner herein has not complied with this rule and for that reason said petition is dismissed.

NOTE.—Reported in 112 N. E. 2d 290.